FILED AUG 04 '09 11:38 USBCRI

# BOYAJIAN, HARRINGTON & RICHARDSON    COUNSELLORS AT LAW

JOHN BOYAJIAN
ALDEN C. HARRINGTON
ANDREW S. RICHARDSON

STEVEN J. BOYAJIAN

182 WATERMAN STREET
PROVIDENCE
RHODE ISLAND 02906
(401) 273-9600
FAX 273-9605

July 29, 2009


U.S. Bankruptcy Court
380 Westminster Mall
Providence, RI 02903

Ladies and Gentlemen:

Enclosed are checks #77547 and #77548 issued from the Chapter 13 Account. This check is for unclaimed funds issued to Joyce Rookstool in the matter of In re: Rookstool, BK-06-10623.

Very truly yours,

John Boyajian

John Boyajian

JB/mah
Encl.



